# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

NYKA O'CONNOR

    VS                                          Case No. 3:10cv360/LAC/EMT

OFFICER KELLEY, et al.,

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on    October 6, 2010
Type of Motion/Pleading: Motion for Stay and Abeyance
Filed by: Plaintiff    on 9/28/10    Document 5
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                              on          Doc.#
                              on          Doc.#

SHEILA HURST-RAYBORN, ACTING, CLERK OF COURT

/s/ *Teresa Milstead*
Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 7th day of October, 2010, that:

The requested relief is **DENIED.** Plaintiff shall have until **OCTOBER 21, 2010**, in which to comply with the court's order of September 17, 2010, in this case directing him to either pay the filing fee of $350.00 or submit a completed application to proceed in forma pauperis (Doc. 3).

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**