IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NYKA O'CONNOR,
    Plaintiff,

vs.                                    Case No. 3:10cv360/LAC/EMT

KELLEY, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 31, 2014 (doc. 157). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Grice's motion to set aside default (doc. 142) is **GRANTED.**

3. Plaintiff's motion for default judgment against Grice (doc. 153) is **DENIED** as moot.

4. The motion to dismiss filed by Defendants Temples and FDOC (doc. 129) is **GRANTED** and the federal claims against these Defendants are dismissed with prejudice.

5. All federal claims against Defendants Kelley, Nelson, Morris, Hammontree; Orsa; Turner; Ealum; Mitchell; Collier; Grice; Bishop, and SRCI, are also dismissed with prejudice.

6. Plaintiff's state law claims against all Defendants are dismissed without prejudice to Plaintiff's pursuing them in state court.

      7.      Any other pending motions are **DENIED** as moot.

      8.      The clerk is directed to enter judgment in favor of Defendants and against Plaintiff and close the file.

      **DONE AND ORDERED** this 21st day of March, 2014.


      s/*L.A. Collier*
      **LACEY A. COLLIER**
      **SENIOR UNITED STATES DISTRICT JUDGE**